UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25-145 JNE/SGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 8 U.S.C. § 1326(a) |
| v. | |
| JUAN JOSE GONZALEZ-MEDINA, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about February 20, 2025, in the State and District of Minnesota, the defendant,

**JUAN JOSE GONZALEZ-MEDINA,**

an alien, was found in the United States after having been removed therefrom on or about August 30, 1999, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States; all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY         FOREPERSON

SCANNED
APR 1 5 2025
U.S. DISTRICT COURT MPLS