UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-145 (JNE/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION** |
| JUAN JOSE GONZALEZ-MEDINA, | ) |
| Defendant. | ) |

This matter came before the Court on April 21, 2025, for an initial appearance pursuant to Rule 5 of the Rules of Criminal Procedure. The defendant Juan Jose Gonzalez-Medina was present and represented by Assistant Federal Defender Robert Meyers. Spanish interpreter Ana Veblen was also present. The United States of America was represented by Assistant United States Attorney Mary Riverso.

## **FINDINGS OF FACT**

1. On April 15, 2025, a grand jury in the District of Minnesota returned an indictment charging Mr. Gonzalez-Medina with reentering the country as a removed alien in violation of 8 U.S.C. § 1326(a). (ECF No. 1.)

2. On April 21, 2025, Mr. Gonzalez-Medina made his initial appearance on the indictment. (ECF No. 7.) The Court advised him of his constitutional rights, including the right to consult with his appointed counsel, and the procedural posture of this matter. *See* Fed. R. Crim. P. 5(a), (d).

3. Also on April 21, 2025, an officer from the U.S. Probation and Pretrial Services Office reviewed Mr. Gonzalez-Medina's criminal records and issued a Pretrial Services Report. (ECF No. 10.)

4. At the hearing, the government moved for detention pursuant to 18 U.S.C. § 3142(f)(2)(A). After consulting with his counsel, Mr. Gonzalez-Medina elected to waive the issue of his ongoing federal detention. (ECF No. 7.) The Court advised Mr. Gonzalez-Medina of his right to contest detention and the consequences of a waiver. The Court found the waiver to be knowing, voluntary, and intelligent and granted the government's motion for detention.

5. The Court also arraigned Mr. Gonzalez-Medina, *see* Fed. R. Crim P. 10(a), and Mr. Gonzalez-Medina entered a plea of not guilty on both counts. (ECF No. 11.)

## **CONCLUSIONS OF LAW**

6. The Court finds that the government is authorized to seek detention in this case pursuant to 18 U.S.C. § 3142(f)(2)(A). Based on the record before the Court, including Mr. Gonzalez-Medina's waiver, the Court finds that no condition or combination of conditions will reasonably assure Mr. Gonzalez-Medina's continued appearance at future court proceedings if he is released pending trial. Detention is therefore appropriate.

Accordingly, **IT IS HEREBY ORDERED** that:

7. Pursuant to 18 U.S.C. § 3142(e), the government's motion for detention of the defendant Juan Jose Gonzalez-Medina is **GRANTED**;

8. Mr. Gonzalez-Medina is committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

9. Mr. Gonzalez-Medina shall be afforded reasonable opportunity to consult privately with his lawyer;

10. Upon order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Mr. Gonzalez-Medina is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with all future court proceedings; and

11. Mr. Gonzalez-Medina has the option, should his circumstances materially change, of seeking reconsideration of this detention order.

Dated: April 29, 2025          *s/Dulce J. Foster*_____
                                            The Honorable Dulce J. Foster
                                            United States Magistrate Judge